482 A.2d 1275

**Charles SKOLNICK and Sarah Skolnick, his wife, Appellants,**

v.

**FORD MOTOR CREDIT COMPANY.**

Supreme Court of Pennsylvania.

Argued Oct. 22, 1984.

Decided Nov. 5, 1984.

Arnold Levin, Philadelphia, Joel Weisberg, Lee C. Swartz, Harrisburg, for appellants.

William H. Lowery, Fred T. Magaziner, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIX, C.J., and LARSEN, J., dissent.